FILED
SEP - 6 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**05C 5093**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

JUDGE DER-YEGHIAYAN

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

MAGISTRATE JUDGE LEVIN

| | |
|---|---|
| **Plaintiff(s):** ROBERT DEMAR | **Defendant(s):** THE CHICAGO WHITE SOX, LTD., CHISOX CORPORATION, a corporation, AT YOUR SERVICE, INC., a corporation, AT YOUR SERVICE, L.L.C., SDI SECURITY, INC., a corporation, and SUPERIOR AIR-GROUND AMBULANCE SERVICES, INC., a corporation |
| County of Residence: Cook | County of Residence: |
| Plaintiff's Atty: Matthew T. Martell<br>Law Office of Matthew T. Martell<br>7557 W. 63rd Street, Summit, IL 60501<br>708-924-9000 | Defendant's Atty: |

II. Basis of Jurisdiction: **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties
(Diversity Cases Only)
   Plaintiff:- N/A
   Defendant:- N/A

IV. Origin : **1. Original Proceeding**

V. Nature of Suit: **440 Other Civil Rights**

VI. Cause of Action: **42 U.S.C. Sec. 12181 & 12182 (Title III, Americans with Disabilities Act (ADA)); Pendent State Law Claims Cause of Action: Violations of the ADA - Reasonable Accomodation not provided in Public Accommodation (White Sox Baseball Game, US Cellular Field); Violations of State Law: Assault and Battery; Negligent Supervision; False Imprisonment**

VII. Requested in Complaint
   Class Action: No
   Dollar Demand:
   Jury Demand: Yes

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature:
Date: 9-6-05

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser**

Dockets.Justia.com