FILED
SEP - 6 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In the Matter of

ROBERT DEMAR v. THE CHICAGO WHITE SOX, LTD., CHISOX CORPORATION, SDI SECURITY, INC., AT YOUR SERVICE, INC., AT YOUR SERVICE, L.L.C., AND SUPERIOR AIR-GROUND AMBULANCE SERVICES, INC.

Case Number: 05C 5093

JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE LEVIN

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

PLAINTIFF: ROBERT DEMAR

**(A)**
SIGNATURE: [signed]
NAME: MATTHEW T. MARTELL
FIRM: LAW OFFICE OF MATTHEW T. MARTELL
STREET ADDRESS: 7557 W. 63RD STREET
CITY/STATE/ZIP: SUMMIT, IL 60501
TELEPHONE NUMBER: 708-924-9000
FAX NUMBER: 708-924-9004
E-MAIL ADDRESS:
IDENTIFICATION NUMBER: ARDC 6271321
MEMBER OF TRIAL BAR? YES ☑ NO ☐
TRIAL ATTORNEY? YES ☑ NO ☐

**(B)** (blank)

**(C)** (blank)

**(D)** (blank)