**United States District Court for the Northern District of Illinois**

Case Number: **05 C 5093**   Assigned/Issued   By: _____

---

### FEE INFORMATION

JUDGE DER-YEGHIAYAN

Amount Due:   ☒ $250.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

MAGISTRATE JUDGE LEVIN

☐ $255.00

No. Service copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 250.00   Receipt #: 10423348

Date Payment Rec'd: SEP - 6 2005   Fiscal Clerk: _____

---

### ISSUANCES

☒ Summons   ☐ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets   (name of victim, who it's against and $ amount)

☐ Writ _____ (Type of Writ)

SEP - 6 2005

Original and _____ copies on _____ as to _____
(Date)

C:\wpwin80\docket\feeinfo.frm    03/23/05