UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KC **FILED**
SEP 1 4 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In the Matter of
Robert DeMar
    Plaintiff,
v.
The Chicago White Sox, et al.
    Defendants.

Case Number: 05 C 5093

Judge Der-Yeghiayan

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEYS(S) FOR:
Chicago White Sox, Ltd., CHISOX Corporation, a Corporation, At Your Service, Inc., a Corporation and At Your Service, LLC

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME<br>ROBERT T. SHANNON | NAME<br>JAMES C. VLAHAKIS |
| FIRM<br>HINSHAW & CULBERTSON | FIRM<br>HINSHAW & CULBERTSON |
| STREET ADDRESS<br>222 N. LASALLE STREET, SUITE 300 | STREET ADDRESS<br>222 N. LASALLE STREET, SUITE 300 |
| CITY STATE ZIP<br>CHICAGO, IL 60601-1081 | CITY/STATE/ZIP<br>CHICAGO, IL 60601-1081 |
| TELEPHONE NUMBER (312) 704-3901 / FAX NUMBER (312) 704-3001 | TELEPHONE NUMBER (312) 704-3715 / FAX NUMBER (312) 704-3001 |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)<br>6230254 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)<br>6230459 |
| MEMBER OF TRIAL BAR? YES ☐ NO ☒ | MEMBER OF TRIAL BAR? YES ☒ NO ☐ |
| TRIAL ATTORNEY? YES ☒ NO ☐ | TRIAL ATTORNEY? YES ☒ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☒ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☒ |
| (C) | (D) |
| SIGNATURE | SIGNATURE |
| NAME<br>CHAD KASDIN | NAME<br>DIANE WEBSTER |
| FIRM<br>HINSHAW & CULBERTSON | FIRM<br>HINSHAW & CULBERTSON |
| STREET ADDRESS<br>222 N. LASALLE STREET, SUITE 300 | STREET ADDRESS<br>222 N. LASALLE STREET, SUITE 300 |
| CITY STATE ZIP<br>CHICAGO, IL 60601-1081 | CITY/STATE/ZIP<br>CHICAGO, IL 60601-1081 |
| TELEPHONE NUMBER (312) 704-3155 / FAX NUMBER (312) 704-3001 | TELEPHONE NUMBER (312) 704-3641 / FAX NUMBER (312) 704-3001 |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)<br>6272503 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)<br>6284225 |
| MEMBER OF TRIAL BAR? YES ☐ NO ☒ | MEMBER OF TRIAL BAR? YES ☐ NO ☒ |
| TRIAL ATTORNEY? YES ☒ NO ☐ | TRIAL ATTORNEY? YES ☒ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☒ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☒ |

PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.

5974153v1 858400