# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In the Matter of

ROBERT DEMAR, Plaintiff,
vs.
CHICAGO WHITE SOX, LTD., et al., Defendant.

Case Number: **1:05-cv-05093**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Superior Air-Ground Ambulance Service, Inc.

| (A) | (B) |
|---|---|
| SIGNATURE: s/Summer E. Heil | SIGNATURE: |
| NAME: Summer E. Heil | NAME: |
| FIRM: Williams Montgomery & John Ltd. | FIRM: |
| STREET ADDRESS: 20 North Wacker Drive, #2100 | STREET ADDRESS: |
| CITY/STATE/ZIP: Chicago, IL 60606 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: 312-443-3269  FAX NUMBER: 312-630-8509 | TELEPHONE NUMBER:  FAX NUMBER: |
| E-MAIL ADDRESS: seh@willmont.com | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: 6226177 | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? NO ☑ | MEMBER OF TRIAL BAR? |
| TRIAL ATTORNEY? YES ☑ | TRIAL ATTORNEY? |
|  | DESIGNATED AS LOCAL COUNSEL? |

| (C) | (D) |
|---|---|
| SIGNATURE: | SIGNATURE: |
| NAME: | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE NUMBER:  FAX NUMBER: | TELEPHONE NUMBER:  FAX NUMBER: |
| E-MAIL ADDRESS: | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? | MEMBER OF TRIAL BAR? |
| TRIAL ATTORNEY? | TRIAL ATTORNEY? |
| DESIGNATED AS LOCAL COUNSEL? | DESIGNATED AS LOCAL COUNSEL? |