UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In the Matter of

ROBERT DEMAR, Plaintiff,
vs.
CHICAGO WHITE SOX, LTD., et al., Defendant.

Case Number: 1:05-cv-05093

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Superior Air-Ground Ambulance Service, Inc.

| (A) | (B) |
|---|---|
| SIGNATURE  s/Ramsey L. Mallory | SIGNATURE |
| NAME  Ramsey L. Mallory | NAME |
| FIRM  Williams Montgomery & John Ltd. | FIRM |
| STREET ADDRESS  20 North Wacker Drive, #2100 | STREET ADDRESS |
| CITY/STATE/ZIP  Chicago, IL  60606 | CITY/STATE/ZIP |
| TELEPHONE NUMBER  312-855-4858   FAX NUMBER  312-630-8518 | TELEPHONE NUMBER   FAX NUMBER |
| E-MAIL ADDRESS  rlm@willmont.com | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)  6272653 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?   YES ☐   NO ☑ | MEMBER OF TRIAL BAR?   YES ☐   NO ☐ |
| TRIAL ATTORNEY?   YES ☐   NO ☑ | TRIAL ATTORNEY?   YES ☐   NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL?   YES ☐   NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER   FAX NUMBER | TELEPHONE NUMBER   FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?   YES ☐   NO ☐ | MEMBER OF TRIAL BAR?   YES ☐   NO ☐ |
| TRIAL ATTORNEY?   YES ☐   NO ☐ | TRIAL ATTORNEY?   YES ☐   NO ☐ |
| DESIGNATED AS LOCAL COUNSEL?   YES ☐   NO ☐ | DESIGNATED AS LOCAL COUNSEL?   YES ☐   NO ☐ |