# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 5093 | **DATE** | 10/12/2005 |
| **CASE TITLE** | Demar vs. Chgo White Sox, et al. | | |

**DOCKET ENTRY TEXT:**

Status hearing held and continued to 12/01/05 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|

05C5093 Demar vs. Chgo White Sox, et al. | Page 1 of 1

Dockets.Justia.com