26847.00D6S8

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT DEMAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 05 C 5093 |
| | ) | |
| THE CHICAGO WHITE SOX, LTD., | ) | Judge Der-Yeghiayan |
| CHISOX CORPORATION, a corporation, | ) | |
| AT YOUR SERVICE, INC., a corporation, | ) | Magistrate Judge Levin |
| AT YOUR SERVICE, L.L.C., SDI | ) | |
| SECURITY, INC., a corporation, | ) | |
| SUPERIOR AIR-GROUND | ) | |
| AMBULANCE SERVICE, INC., a | ) | |
| corporation, and OTHER UNKNOWN | ) | |
| DEFENDANTS. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT SUPERIOR AIR-GROUND AMBULANCE SERVICE, INC.'S STATEMENT OF OWNERSHIP PURSUANT TO LOCAL RULE 3.2**

NOW COMES the Defendant, SUPERIOR AIR-GROUND AMBULANCE SERVICE, INC., by its attorneys, JEFFREY H. LIPE, SUMMER E. HEIL and BRIGITTE C. BRADY of WILLIAMS, MONTGOMERY & JOHN LTD, and for its Statement of Ownership filed pursuant to Local Rule 3.2 of the United States District Court, Northern District of Illinois, states it has no parent corporations, and that no publicly held company owns 10% of its stock.

RESPECTFULLY SUBMITTED,

SUPERIOR AIR-GROUND AMBULANCE SERVICE, INC

BY:   /s/ Summer E. Heil

# CERTIFICATE OF SERVICE
## OF STATEMENT OF OWNERSHIP PURSUANT TO LOCAL RULE 3.2

  I hereby certify that on November 4, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel listed on the attached service list.

  I hereby certify that on November 4, 2005, I served said Statement of Ownership Pursuant to Local Rule 3.2 by placing same in the U.S. Mail at 20 North Wacker Drive, Chicago, Illinois 60606 before the hour of 5:00 p.m.

/s/Summer E. Heil, Attorney

Jeffrey H. Lipe (06185734)
Summer E. Heil (6226177)
Brigitte C. Brady (6278696)
Williams Montgomery & John Ltd.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 443-3200

## SERVICE LIST

ATTORNEYS FOR PLAINTIFF

Matthew T. Martell
Law Office of Matthew T. Martell
7557 West 63rd Street
Summit, IL 60501
(708)924-9000
Fax: (708) 924-9004

ATTORNEYS FOR CHICAGO WHITE SOX

Robert T. Shannon
James C. Vlahakis
Chad Kason
Hinshaw & Culbertson
222 North LaSalle Street
Chicago, IL 60601
312-704-3000
Fax: 312-704-3001