Demar v. Chicago White Sox, Ltd., The et al                                                                                              Doc. 21

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
DEC 01, 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| ROBERT DEMAR,<br><br>Plaintiff,<br><br>v.<br><br>THE CHICAGO WHITE SOX, LTD., CHISOX CORPORATION, a corporation, AT YOUR SERVICE, INC., a corporation, AT YOUR SERVICE, L.L.C., SDI SECURITY, INC., a corporation, and SUPERIOR AIR-GROUND AMBULANCE SERVICE, INC., a corporation, and UNKNOWN DEFENDANTS,<br><br>Defendants. | No. 05 C 5093<br><br>Judge: Hon. Samuel Der-Yeghiayan |

**NOTICE OF FILING**

To:     See attached Service List

Please take Notice that on December 1, 2005, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois the attached:

• Affidavit of Service dated November 9, 2005 of Summons and Complaint upon defendant SDI Security, Inc., registered agent

_____
Matthew T. Martell
Attorney for Plaintiff
7557 W. 63rd Street
Summit, IL 60501
(708) 924-9000
Attorney Number: 6271321

## CERTIFICATE OF SERVICE

    I hereby certify that on December 1, 2005, I served a copy of the foregoing Notice, together with said document(s), upon the attorney(s) named on the attached service list, a true and correct copy thereof in a sealed envelope, postage prepaid, by depositing the same in the U.S. Mail in Chicago, Illinois, 60615, at 5:00 p.m. on December 1, 2005.

Respectfully submitted,

Matthew T. Martell
Attorney for Plaintiff
7557 W. 63rd Street
Summit, IL 60501
(708) 924-9000
Attorney Number: 6271321

# SERVICE LIST
Re: Demar v. White Sox, Superior, Et al.
05 C 5093

ATTORNEYS FOR CHICAGO WHITE SOX, CHISOX,
AT YOUR SERVICE, INC. AND AT YOUR SERVICE, L.L.C.

Robert T. Shannon
James C. Vlahakis
Chad Kason
Hinshaw & Culbertson
222 N. LaSalle Street, #300
Chicago, IL 60601

ATTORNEYS FOR SUPERIOR AIR-GROUND AMBULANCE SERVICE, INC.

Summer E. Heil
Jeffrey H. Lipe
Brigitte C. Brady
Williams Montgomery & John Ltd.
20 N. Wacker Dr., #2100
Chicago, IL 60606



AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ROBERT DEMAR,
    Plaintiff,

CASE NUMBER: **05C 5093**

V.

ASSIGNED JUDGE:

Chicago White Sox, Ltd., CHISOX Corporation, a corporation, At Your Service, Inc., a corporation, At Your Service, L.L.C., SDI Security, Inc., a corporation, and Superior Air-Ground Ambulance Service, Inc., a corporation,

DESIGNATED MAGISTRATE JUDGE: **JUDGE DER-YEGHIAYAN**

TO: (Name and address of Defendant)

SDI SECURITY, INC., a corporation
R/A  Michael A. Pedicone
30 N. Michigan Avenue
Suite 1201
Chicago, Illinois   60602

MAGISTRATE JUDGE LEVIN

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MATTHEW T. MARTELL
LAW OFFICE OF MATTHEW T. MARTELL
7557 W. 63RD STREET
SUMMIT, IL   60501

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**LOIS ANN LANCE**

SEP – 0 2005

(By) DEPUTY CLERK      DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.