State of Illinois }
                  } SS
County of Cook   }

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

FILED
DEC 0 1 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| ROBERT DEMAR, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 05 C 5093 |
| THE CHICAGO WHITE SOX, LTD., ) | |
| CHISOX CORPORATION, a corporation, ) | |
| AT YOUR SERVICE, INC., a corporation, ) | |
| AT YOUR SERVICE, L.L.C., SDI ) | |
| SECURITY, INC., a corporation, and ) | |
| SUPERIOR AIR-GROUND ) | |
| AMBULANCE SERVICE, INC., a ) | |
| corporation, ) | |
| Defendants. ) | |

**AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT
UPON SDI SECURITY, INC, A Corporation**

The undersigned affiant, Zac Bagnoche, after first being sworn under penalty of perjury, states as follows:

1. That I am a person who is not a party to this action and that I am at least 18 years of age.

2. That on November 9th, 2005, I effected service of Summons and Complaint in this matter upon Defendant SDI SECURITY, INC., a corporation, by delivering the summons and a copy of the complaint to an officer, a managing or general agent, or to an agent authorized by appointment or by law to receive service of process, by personal service upon:

    SDI SECURITY, INC., a corporation
    R/A Michael A. Pedicone
    30 N. Michigan Avenue, Suite 1201
    Chicago, Illinois  60602

3. That the compensation paid to me for service in this matter was $100.00.

**FURTHER AFFIANT SAYETH NAUGHT.**

Zac Bagnoche

SUBSCRIBED and SWORN to before me
this ___ day of Nov , 2005.

_____
NOTARY PUBLIC

Official Seal
Beverly Tillmon
Notary Public State of Illinois
My Commission Expires 04/17/07