## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ROBERT DEMAR | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05 C 5093 |
| | ) |
| THE CHICAGO WHITE SOX, et al. | ) Judge Der-Yeghiayan |
| | ) |
| Defendants. | ) |

### NOTICE OF AGREED MOTION

To:    counsel of record

PLEASE TAKE NOTICE that on the 11th of January, 2006, at 9 a.m., or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Samuel Der-Yeghiayan, or any Judge sitting in his stead in Courtroom 1778 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, to present an **Agreed Motion for Leave to File Reply Brief in Support of Motion to Dismiss Instanter**, a copy of which is attached hereto and herewith served upon you.

/s/ James C. Vlahakis
Attorney for Defendants

### CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2006, I electronically filed defendants, Chicago White Sox, Ltd., ChiSox Corporation (hereinafter the "Sox defendants"), At Your Service, Inc. and At Your Service LLC's **Agreed Motion For Leave To File Reply in Support of Motion to Dismiss Instanter**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

By: /s/ James Vlahakis

James C. Vlahakis
HINSHAW & CULBERTSON, LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000

ARDC No. 6230459
Jvlahakis@hinshawlaw.com

5994203v1 858400

Dockets.Justia.com