**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ROBERT DEMAR | ) |
|         Plaintiff, | ) |
| v. | ) Case No.  05 C 5093 |
| THE CHICAGO WHITE SOX, et al. | ) Judge Der-Yeghiayan |
|         Defendants. | ) |

**NOTICE OF FILING**

To:   counsel of record

      PLEASE TAKE NOTICE that on the 5th of January, 2006, I caused to be filed, defendants, Chicago White Sox, Ltd., ChiSox Corporation (hereinafter the "Sox defendants"), At Your Service, Inc. and At Your Service LLC's, **Motion to Dismiss**, copy of which is attached hereto and herewith served upon you.

                                              /s/ James C. Vlahakis
                                                  Attorney for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2006, I electronically filed defendants, Chicago White Sox, Ltd., ChiSox Corporation (hereinafter the "Sox defendants"), At Your Service, Inc. and At Your Service LLC's Motion to Dismiss, with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

By:   /s/ James Vlahakis

James C. Vlahakis
HINSHAW & CULBERTSON, LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000

ARDC No. 6230459
Jvlahakis@hinshawlaw.com

Dockets.Justia.com