# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 5093 | **DATE** | 12/1/2005 |
| **CASE TITLE** | Demar vs. Chicago White Sox, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 01/31/06 at 9:00 a.m. Defendants Chicago White Sox, Ltd., Chisox Corporation, At Your Service, Inc., At Your Service, L.L.C.'s motion to dismiss is entered and continued. Plaintiff's response shall be filed by 12/15/05. Defendants Chicago White Sox, The, Chisox Corporation, At Your Service, Inc., At Your Service, L.L.C. reply in further support shall be filed by 12/22/05.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|

05C5093 Demar vs. Chicago White Sox																					Page 1 of 1

Dockets.Justia.com