Demar v. Chicago White Sox, Ltd., The et al                                                                                           Doc. 31
Order Form (01/2005)
Case 1:05-cv-05093   Document 31   Filed 01/18/2006   Page 1 of 1

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 5093 | **DATE** | 1/18/2006 |
| **CASE TITLE** | Demar vs. Chicago White Sox | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the Court's memorandum opinion, defendants Chicago White Sox, Ltd, ChiSox Corporation and At Your Service LLC's motion to dismiss is granted in part and denied in part. Defendants Chicago White Sox, Ltd, ChiSox Corporation and At Your Service LLC's alternative motion for a more definite statement is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|

2006 JAN 20 PM 12: 10

05C5093 Demar vs. Chicago White Sox                                                                                            Page 1 of 1

Dockets.Justia.com