Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 5093 | **DATE** | 1/31/2006 |
| **CASE TITLE** | Demar vs. Chicago White Sox | | |

**DOCKET ENTRY TEXT**

Status hearing called. No one having appeared on behalf of the plaintiff on the Court's noticed status hearing, this matter is hereby dismissed, without prejudice, for want of prosecution pursuant to Local Rule 41.1. All pending dates and motions are hereby stricken as moot.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|

Dockets.Justia.com