# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 5093 | **DATE** | 2/2/2006 |
| **CASE TITLE** | Robert Demar vs. Chicago White Sox | | |

**DOCKET ENTRY TEXT**

The Court's order dated 01/31/06 having been entered in error, the 01/31/06 order is hereby vacated. Case ordered reinstated. Status hearing set for 03/21/06 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|