858400/DW

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT DEMAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05 C 5093 |
| ) | |
| THE CHICAGO WHITE SOX, LTD., CHISOX ) | |
| CORPORATION, a corporation, AT YOUR ) | Judge Der-Yehiayan |
| SERVICE, INC., a corporation, AT YOUR ) | |
| SERVICE, L.L.C., SDI SECURITY, INC., a ) | |
| corporation, SUPERIOR AIR-GROUND ) | Magistrate Judge Levin |
| AMBULANCE SERVICE, INC., a corporation, ) | |
| and OTHER UNKNOWN DEFENDANTS, ) | |
| ) | |
| Defendants. ) | |

**<u>AGREED MOTION FOR EXTENSION OF TIME</u>**

NOW COME the Defendants CHICAGO WHITE SOX, LTD., CHISOX CORPORATION, a corporation, AT YOUR SERVICE, INC., a corporation, and AT YOUR SERVICE, LLC, by and through their attorneys, HINSHAW & CULBERTSON LLP, and for their Agreed Motion for Extension of Time to File Their Answer to Plaintiff's Amended Complaint at Law, state as follows:

1. Pursuant to the Court's prior schedule, these Defendants were to file an Answer to Plaintiff's Amended Complaint by February 22, 2006.

2. Lead counsel was unable to file a timely response on behalf of these defendants due to lead counsel's professional commitments and vacation out of state until March 2, 2006.

3. These defendants seek an extension of time until March 6, 2006 in which to file an Answer to Plaintiff's Amended Complaint.

4. Plaintiff has no objection to this extension of time and no party will be prejudiced by this extension of time.

5.      Discovery in this case will continue and not be affected by the extension of time.

6.      This motion is made in good faith and not for the purpose of delay, harassment or improper purpose.

WHEREFORE, the Defendants, CHICAGO WHITE SOX, LTD., CHISOX CORPORATION, a corporation, AT YOUR SERVICE, INC., a corporation, and AT YOUR SERVICE, LLC, respectfully request that this court grant this agreed motion and grant them until March 6, 2006 to file an Answer to Plaintiff's Amended Complaint.

Respectfully submitted,

By: /s/ James C. Vlahakis

One of the Attorneys for Defendants Chicago White Sox, Ltd., ChiSox Corporation (hereinafter the "Sox defendants"), At Your Service, Inc. and At Your Service LLC

James C. Vlahakis
Robert T. Shannon
Diane E. Webster
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000

ARDC No. 6230459
Jvlahakis@hinshawlaw.com

6030670v1 858400

CERTIFICATE OF SERVICE

      I hereby certify that on February 23, 2006, I electronically filed Defendants Chicago White Sox, Ltd., ChiSox Corporation, At Your Service, Inc. and At Your Service LLC's **Agreed Motion for Extension of Time**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

I hereby certify that on February 23, 2006, I served a hard copy of the aforementioned motion to the following attorney of record:

    Matthew T. Martell
    7557 W. 63rd Street
    Summit, Illinois 60501

Respectfully submitted,

By: /s/ James C. Vlahakis

James C. Vlahakis
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000

ARDC No. 6230459
Jvlahakis@hinshawlaw.com

6030670v1 858400