# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROBERT DEMAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05 C 5093 |
| ) | |
| THE CHICAGO WHITE SOX, et al. ) | Judge Der-Yeghiayan |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:   Counsel of Record

PLEASE TAKE NOTICE that on the 2nd day of March, 2006, at 9:00 a.m., or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Samuel Der-Yeghiayan, or any Judge sitting in his stead in Courtroom 1988 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, to present defendants, Chicago White Sox, Ltd., ChiSox Corporation, At Your Service, Inc. and At Your Service LLC's **Agreed Motion for Extension of Time**, a copy of which is attached hereto and herewith served upon you.

By: /s/ James C. Vlahakis

One of the Attorneys for Defendants Chicago White Sox, Ltd., ChiSox Corporation (hereinafter the "Sox defendants"), At Your Service, Inc. and At Your Service LLC

James C. Vlahakis
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000

ARDC No. 6230459
Jvlahakis@hinshawlaw.com

5994696v1 858400

CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2006, I electronically filed Defendants Chicago White Sox, Ltd., ChiSox Corporation, At Your Service, Inc. and At Your Service LLC's **Agreed Motion for Extension of Time**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

I hereby certify that on February 23, 2006, I served a hard copy of the aforementioned motion to the following attorney of record:

>Matthew T. Martell
>7557 W. 63rd Street
>Summit, Illinois 60501

Respectfully submitted,

By: /s/ James Vlahakis

James C. Vlahakis
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000

ARDC No. 6230459
Jvlahakis@hinshawlaw.com

5994696v1 858400