26847.00D6S8/klm/DocumentDocument #: 708599

Firm Id. 412

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT DEMAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 05 C 5093 |
| | ) | |
| THE CHICAGO WHITE SOX, LTD., | ) | Judge Der-Yeghiayan |
| CHISOX CORPORATION, a corporation, | ) | |
| AT YOUR SERVICE, INC., a corporation, | ) | Magistrate Judge Levin |
| AT YOUR SERVICE, L.L.C., SDI | ) | |
| SECURITY, INC., a corporation, | ) | |
| SUPERIOR AIR-GROUND | ) | |
| AMBULANCE SERVICE, INC., a | ) | |
| corporation, and OTHER UNKNOWN | ) | |
| DEFENDANTS. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION

To:   Matthew T. Martell
      Law Office of Matthew T. Martell
      7557 West 63rd Street
      Summit, IL 60501

    YOU ARE HEREBY notified that pursuant to the Illinois Code of Civil Procedure and Rule 206 of the Rules of the Supreme Court of the State of Illinois, **the deposition of Plaintiff, Robert DeMar** will be taken for the purposes of discovery only at **2:00 p.m. on the 25th day of April, 2006** at Williams, Montgomery & John, Ltd., 20 North Wacker Drive, Suite 2100, Chicago, Illinois.

Summer E. Heil
Brigitte C. Brady
WILLIAMS MONTGOMERY & JOHN LTD.
Attorneys for Defendant
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
312-443-3200

RESPECTFULLY SUBMITTED,

SUPERIOR AIR-GROUND AMBULANCE SERVICE, INC

BY:  /s/Brigitte C. Weyls, Attorney

**CERTIFICATE OF SERVICE**
**OF DEFENDANT SUPERIOR AIR-GROUND AMBULANCE SERVICE, INC.'S**
**NOTICE OF DEPOSITION OF PLAINTIFF**

   I hereby certify that on March 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel listed on the attached service list.

/s/Brigitte C. Weyls, Attorney

Jeffrey H. Lipe (06185734)
Summer E. Heil (6226177)
Brigitte C. Brady (6278696)
Williams Montgomery & John Ltd.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 443-3200

**SERVICE LIST**

**ATTORNEYS FOR PLAINTIFF**

Matthew T. Martell
Law Office of Matthew T. Martell
7557 West 63rd Street
Summit, IL 60501
(708)924-9000
Fax: (708) 924-9004

**ATTORNEYS FOR CHICAGO WHITE SOX**

Robert T. Shannon
James C. Vlahakis
Chad Kason
Hinshaw & Culbertson
222 North LaSalle Street
Chicago, IL 60601
312-704-3000
Fax: 312-704-3001