

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ROBERT DEMAR, | |
| Plaintiff, | |
| v. | No. 05 C 5093 |
| THE CHICAGO WHITE SOX, LTD., CHISOX CORPORATION, a corporation, AT YOUR SERVICE, INC., a corporation, AT YOUR SERVICE, L.L.C., SDI SECURITY, INC., a corporation, and SUPERIOR AIR-GROUND AMBULANCE SERVICE, INC., a corporation, and UNKNOWN DEFENDANTS, | Judge: Hon. Samuel Der-Yeghiayan |
| Defendants. | |

## NOTICE OF FILING

**To:** See attached Service List

Please take Notice that on May 24, 2006, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois the attached:

• Plaintiff's Disclosure of Expert Witnesses

/ Matthew T. Martell
Attorney for Plaintiff
7557 W. 63rd Street
Summit, IL 60501
(708) 924-9000
Attorney Number: 6271321

CERTIFICATE OF SERVICE

    I hereby certify that on May 24, 2006, I served a copy of the foregoing Notice, together with said document(s), upon the attorney(s) named on the attached service list, a true and correct copy thereof in a sealed envelope, postage prepaid, by depositing the same in the U.S. Mail in Chicago, Illinois, 60604, at 5:00 p.m. on May 24, 2006.

Respectfully submitted,

_____
Matthew T. Martell
Attorney for Plaintiff
7557 W. 63rd Street
Summit, IL 60501
(708) 924-9000
Attorney Number: 6271321

# SERVICE LIST
Re: Demar v. White Sox, Superior, Et al.
05 C 5093

ATTORNEYS FOR CHICAGO WHITE SOX, CHISOX,
AT YOUR SERVICE, INC. AND AT YOUR SERVICE, L.L.C.

Robert T. Shannon
James C. Vlahakis
Chad Kason
Hinshaw & Culbertson
222 N. LaSalle Street, #300
Chicago, IL 60601


ATTORNEYS FOR SUPERIOR AIR-GROUND AMBULANCE SERVICE, INC.

Summer E. Heil
Jeffrey H. Lipe
Brigitte C. Brady
Williams Montgomery & John Ltd.
20 N. Wacker Dr., #2100
Chicago, IL 60606

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT DEMAR,<br><br>Plaintiff,<br><br>v.<br><br>THE CHICAGO WHITE SOX, LTD., CHISOX CORPORATION, a corporation, AT YOUR SERVICE, INC., a corporation, AT YOUR SERVICE, L.L.C., SDI SECURITY, INC., a corporation, and SUPERIOR AIR-GROUND AMBULANCE SERVICE, INC., a corporation, and UNKNOWN DEFENDANTS,<br><br>Defendants. | No. 05 C 5093<br><br>Judge: Hon. Samuel Der-Yeghiayan |

FILED
MAY 2 4 2006  LAL
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## PLAINTIFF'S DISCLOSURE OF EXPERT WITNESSES

Pursuant to the Court's March 21, 2006 Scheduling Order, Plaintiff hereby identifies his expert witnesses, and anticipated subject matter of their testimony.

### A.   Elizabeth A. Reeves

Elizabeth A. Reeves, 215 E. Chestnut St., Apt. 2004, Chicago, Illinois. (312) 664-6071.

Ms. Reeves has been the director of the Post-Polio Clinic Support Group at the Rehabilitation Institute of Northwestern University for over twenty years. She is an expert on the physical and psychological effects of post-polio syndrome. Ms. Reeves will testify about the societal stigma toward and abuse of disabled persons, and the necessity of accommodating persons affected by the syndrome. She will also testify about her personal observations of and interactions with the Plaintiff, including the duration and severity of Plaintiff's disability.

**B.     Plaintiff's Treating Physicians**

Names and contact information previously disclosed to defendants.

Plaintiff has previously disclosed the identities of his treating physicians, who will testify generally to the physical and psychological effects of post-polio syndrome in their patients, and specifically regarding the physical and psychological effects of post-polio syndrome suffered by Plaintiff. **For purposes of this disclosure, be advised that Plaintiff's treating physicians have not yet been retained, or provisionally retained, to provide testimony in Plaintiff's case.**

**C.     Additional Experts**

Plaintiff reserves the right to name additional expert witnesses as required and for purposes of formulating responsive testimony to the testimony of defendants' experts, whose identities have not at this time been disclosed to Plaintiff.

Respectfully submitted,

*[signature]*

Matthew T. Martell
Attorney for Plaintiff
7557 W. 63rd Street
Summit, IL 60501
(708) 924-9000
Attorney Number: 6271321

2