26847.00D6S8/klm/Document #: 713904                                          Firm Id. 412

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT DEMAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 05 C 5093 |
| | ) | |
| THE CHICAGO WHITE SOX, LTD., | ) | Judge Der-Yeghiayan |
| CHISOX CORPORATION, a corporation, | ) | |
| AT YOUR SERVICE, INC., a corporation, | ) | Magistrate Judge Levin |
| AT YOUR SERVICE, L.L.C., SDI | ) | |
| SECURITY, INC., a corporation, | ) | |
| SUPERIOR AIR-GROUND | ) | |
| AMBULANCE SERVICE, INC., a | ) | |
| corporation, and OTHER UNKNOWN | ) | |
| DEFENDANTS. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:   Matthew T. Martell            cc:   Robert T. Shannon
      Law Office of Matthew T. Martell        James C. Vlahakis
      7557 W. 63rd Street                      Chad Kason
      Summit, IL  60501                        Hinshaw & Culbertson
                                               222 N. LaSalle St.
                                               Chicago, IL  60606

PLEASE TAKE NOTICE that on May 30, 2006, we electronically filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, **DEFENDANT SUPERIOR AIR-GROUND SERVICE, INC.'S FIRST SET OF REQUESTS FOR ADMISSION OF FACT**, a copy of which is attached and hereby served upon you.

DATED:      May 31, 2006

                                    _/s/ Brigitte C. Weyls_
                                    Brigitte C. Weyls

Jeffrey H. Lipe (06185734)
Summer E. Heil (6226177)
Brigitte C. Weyls (6278696)
*Williams Montgomery & John Ltd.*
20 North Wacker Drive, Suite 2100
Chicago, IL  60606
312.443.3200
312.630.8500 (Fax)

Dockets.Justia.co

## CERTIFICATE OF SERVICE

Brigitte C. Weyls, an attorney, certifies that she served copies of the foregoing **NOTICE OF FILING** and **DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSION OF FACT** via United States First Class Mail with postage prepaid from 20 N. Wacker Drive, Chicago, IL 60606 on the 31st day of May, 2006 to the attorneys listed on the attached service list.

*/s/ Brigitte C. Weyls*

Brigitte C. Weyls

2