☐ EKG ATTACHED  *Sending or ER Physician's full name*
☐ NO PCS
☑ NO FACE SHEET  Notified NANCY in NORCOMM

**SUPERIOR** AMBULANCE SERVICE

*Please attach copies of insurance card, Public Aid cards, Medicare cards or any other informational sheets.*

NAME (LAST): DeMar     DATE: _/_/03     UNIT #: ___ Station #: 4

NAME (FIRST): Robert     RUN #: 345601     D.O.B.: 7/03     Type of Ambulance: ☑ ALS  ☐ BLS  ☐ SCT

CURRENT MEDICAL REASON FOR TRANSPORT/STATUS POST
R/O behavioral Disfunction Poor

**CONDITION REQUIRING STRETCHER**
☐ ALS CARE
☑ OTHER  Confusion
☐ HEALING FRACTURES, WHERE
☐ SEDATED WITH
☐ UPPER CONTRACTURES  ☐ LOWER CONTRACTURES
☐ PARALYSIS  ☐ RIGHT  ☐ LEFT  ☐ PARAPLEGIA  ☐ QUADRIPLEGIA
DUE TO:

**HOSPITAL TO HOSPITAL TRANSPORT**
☐ Angiogram            ☐ Angioplasty
☐ CABG               ☐ Cardiac Catheterization
☐ Higher Level of Care
☐ Insurance Requirement  ☐ Mental Health Services
☐ No Beds Available     ☐ Patient/Family Choice
☐ Rehabilitation. Specify type:
☐ Specialist. Specify:
☐ Surgery; Specify:
☐ Other

**PATIENT CONDITION AT TIME OF SERVICE**

| MOBILITY | BEHAVIOR | MENTAL STATUS | SKIN CONDITION |
|---|---|---|---|
| ☐ AMBULATES ☑ ASSIST ☐ CANE | ☑ COMBATIVE ☐ COOPERATIVE | ☑ ALERT X ___ | ☐ BRUISING ☐ BURNS |
| ☐ GER-CHAIR ☐ HISTORY OF FALLS | ☐ DEPRESSED ☑ DISRUPTIVE | ☐ APHASIC ☐ CONFUSED | ☐ CAST/SPLINT |
| ☐ WALKER ☐ WHEELCHAIR | ☐ RESTRAINTS ___ | ☐ FORGETFUL ☐ LANGUAGE BARRIER | ☐ DIALYSIS SHUNT |
| ☐ ASSIST # TO AMBULATE | ☐ WANDERS | ☐ LETHARGIC ☐ UNRESPONSIVE | ☐ FRAGILE ☐ INCISIONS |
| ☐ ASSIST # TO TRANSFER | ☑ UNPREDICTABLE | ☐ UNRESPONSIVE/LETHARGIC | ☐ CONTACT |
| BED CONFINED ☐ YES ☑ NO | | | ☐ LACERATIONS/AVULSION |
| REASON | ELIMINATION / VOID | HYGIENE | ☐ OTHER |
| | | PATIENT WEIGHT | ☐ PIC LINE ☐ RASHES |
| FEEDING | ☑ CONTINENT ☐ NEPHROSTOMY | ☑ SELF | ☐ ULCER (DECUBITS) |
| ☑ SELF ☐ ASSIST ☐ NPO ☐ NG / G / J TUBE | ☐ INCONTINENT ☐ FOLEY | ☐ ASSISTANCE | ☐ STAGE I ☐ STAGE III |
| | ☐ COLOSTOMY ☐ BEDPAN / URINAL | ☐ TOTAL CARE | 90 kg ☐ STAGE II ☐ STAGE IV |

GUARANTOR'S LAST NAME: DeMar     FIRST: Robert     MIDDLE: T     RELATIONSHIP: Self     PHONE: (___)

GUARANTOR'S ADDRESS: Unkn     CITY: refused     STATE:     ZIP:

INSURANCE NAME ADDRESS: Humana     CITY:     STATE: Exmed 6-30-03     ZIP:     PHONE: (___)

INSURANCE POLICY NUMBER: 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     INSURANCE GROUP NUMBER: MM35001-A2129

PUBLIC AID CASE NUMBER:     PUBLIC AID RECIPIENT NUMBER:

PATIENT'S SOCIAL SECURITY NUMBER: Unkn     ① MEDICARE ID NUMBER: 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A

**OFFICE USE ONLY**
GRADER NAME: MM
PAPERWORK BONUS     Yes ☐ No ☐
Primary Physician Name: Unkn
Primary Physician Phone:

| All Past Medical History | Services Provided | Partial Payment At Time Of Service |
|---|---|---|
| ☐ Alzheimer's | Please CHECK services, indicate amount used | ☐ PAGED OUT SIG. #2 / DID NOT COLLECT |
| ☐ Anemia | ☐ AED | ☐ 2nd Unit Assist - |
| ☐ Aneurysm type: ___ | ☐ Airport Charge | ☐ SAS ☐ IMC |
| ☐ Arthritis | ☑ ALS Assessment (emergency calls only) | Unit #: ___ |
| ☐ Cancer of the ___ | ☐ Bandaging Applied | ☐ Medical Air |
| ☐ Cardiac Condition List: ___ | ☐ Body Bag | ☐ Obstetrical Delivery |
| | ☐ Cancelled Call / Refused | ☐ Oral / Nasal Airway Adm. |
| ☐ Lower Extremity Amputation | ☐ Cardiac Monitoring | ☐ Oxygen |
| of ___ Date of ___ | ☐ 12 Lead EKG | ☐ Pulse Oximetry |
| ☐ Upper Extremity Amputation | ☐ Cold Pak Administration | ☐ Respiratory Therapist SAS |
| of ___ Date of ___ | ☐ Doppler Monitor | ☐ Respiratory Therapist Hosp. |
| ☐ COPD | ☐ Drug Administration | ☐ Response Charge |
| ☐ CVA with deficits ☐ Yes ☐ No Date of ___ | ☐ Equipment Charge | ☐ Restraints Applied |
| ☐ Dementia  ☑ Diabetic  ☐ GI Bleed | ☐ Generator/Inverter | ☐ R.N. SAS |
| ☐ Depression | ☐ Glucose/Chem Test | ☐ R.N. Hospital |
| ☐ Hospice Name: ___ | ☐ Hot Pak Administration | ☐ SCT Independent Medic |
| ☑ Hypertension  ☐ Hypotension | ☐ I.A.B.P. Perfusionist SAS | ☐ Spinal Immobilization |
| ☐ Mental Status Changes | ☐ I.A.B.P. Perfusionist Hosp. | ☐ Splinting Administration |
| ☐ None | ☐ I.A.B.P. SAS | ☐ Stair Chair |
| ☐ Mental Health Condition | ☐ I.A.B.P. Hospital | ☐ Special Event |
| ☐ Parkinson's | ☐ Invasive Pressure Monitor | ☐ Suction |
| ☐ Renal Failure | ☐ Irrigation | ☐ Team Transport |
| ☐ Respiratory Condition - List: ___ | ☐ Isolation Precaution | ☐ Telemetry/Mercy/Phone |
| | ☐ Isolette SAS | ☐ Traction Splint |
| ☐ Seizure ☐ Substance Abuse ☐ Syncope ☐ UTI | ☐ Isolette Hospital | ☐ Transport Ventilator SAS |
| ☐ Other | ☐ IV Field Start | ☐ Transport Ventilator Hosp. |
| | ☐ IV PTA | ☐ Pt. Ventilator |
| | ☐ IV Pump SAS - # of ___ | ☐ UCAN |
| | ☐ IV Pump - Hospital | ☐ Waiting Time - Mins. - # of ___ (after first 30 min.) |
| | ☐ KED / Short board | ☐ None |

**Partial Payment At Time Of Service**
☐ PAGED OUT SIG. #2 / DID NOT COLLECT
☐ CASH  ☐ CHECK #___  ☐ VISA
☐ MASTERCARD ☐ DISCOVER ☐ AMERICAN EXPRESS
$ Amount Collected / Charged

Card Holder/Signature - Credit Card Payment

Credit Card Number

Expiration Date ___  Auth #

☐ NH ☐ HOSP ☑ PT. RES. ☐ DR. OFFICE ☐ MRI ☐ DIALYSIS
☐ Other
Pickup Location: Oak Park
Room # ___  ☐ ER

☐ NH ☐ HOSP ☑ PT. RES. ☐ DR. OFFICE ☐ MRI ☐ DIALYSIS
☐ Other
Destination: Mercy Hosp.
Room # ___  ☐ ER  912-567-2000
Driver: ___  # 1327
Attendant: ___  # 1454

**Response Code To Patient:**
Emergency-1   Emergency-2   Pre-Scheduled   ASAP   Medical
Ending Mileage: ___
Starting Mileage: ___
TOTAL MILES: ___

**EXHIBIT**
A

Dockets.Justia.com

# Good Samaritan
**EMS System Ambulance Report**
**SUPERIOR**
Department **AMBULANCE SERVICE**

Serial # **585233**

Incident # **03-245618**  Patient ___ of ___

Department # **24**
License **7-213-84**  Unit # **84**  Date **9 / 7 , 03**

Service Provided: [✗] ALS [ ] BLS [ ] REF

| | |
|---|---|
| LOCATION **Sox's Park** | Call Rec'd |
| | Responding |
| PATIENT INFORMATION | Arrived Scene **1615** |
| NAME (Last) **Robert**  (First) **DeMail Robert** | Enroute Hosp. **1645** |
| ADDRESS **UNKN** | Arrived Hosp. **1700** |
| | Depart Hosp. |
| CITY **UNKN**  STATE  ZIP | Back in Service |

CREW # / NAME
A) **611 Firth**  [✗] Gloves [ ] Gown [ ] Mask [ ] Eyeshield
B) **448 Powell**  [✗] Gloves [ ] Gown [ ] Mask [ ] Eyeshield
C) [ ] Gloves [ ] Gown [ ] Mask [ ] Eyeshield
D) [ ] Gloves [ ] Gown [ ] Mask [ ] Eyeshield
E) [ ] Gloves [ ] Gown [ ] Mask [ ] Eyeshield

BODY FLUID EXPOSURE [ ] A [ ] B [ ] C [ ] D [ ] E

| AGE **70** | D.O.B. **UNKN** | SEX [M]/F | WEIGHT **200** | PHONE **UNKN** | CHIEF COMPLAINT **I WAS Robbed By Sox Park** |
|---|---|---|---|---|---|

INITIAL IMPRESSION **R/O Psych eval.**

MEDICAL CONTROL HOSP.
RADIO LOG #
HOSP. TRANSPORTED TO **Mercy**

MEDICATIONS [ ] Denies **Glipizide , HTN meds**

MEDICAL HISTORY [ ] Denies [✗] HTN [ ] Cardiac [✗] Diabetes [ ] COPD [ ] Seizures [ ] Cancer
**Poli Arthritis**  Last Menstrual Period ___/___/___

ALLERGIES [ ] Denies [ ] PCN [ ] Codeine [ ] Sulfa [ ] Iodine **UNKN**

TRAFFIC [ ] Light [✗] Medium [ ] Heavy [ ] Clear [ ] Wet
DELAYED BY [ ] Snow [ ] Ice

| TIME **1630** | EYES (4 Spont / 3 Verbal / 2 Pain / 1 None) GCS | VERBAL (5 Orient / 4 Confus / 3 Inappr / 2 Incompr / 1 None) | MOTOR (6 Obeys / 5 Localize / 4 Withdraw / 3 Flexion / 2 Extens / 1 None) | SKIN COLOR ([✗]Normal / Cyanotic / Pale/Ashen / Flushed / Jaundiced / Ashen) | TEMP. ([✗]Normal / Hot / Warm / Cool / Cold) | MOISTURE ([✗]Normal / Moist / Diaphoretic / Dehydrated) | L R PUPILS ([✗]PERL / Constricted / Dilated / Sluggish / Fixed / Cataract) | L R LUNGS ([✗]Clear / Absent / Diminished / Crackles / Rhonchi / Wheezes) | J.V.D. [ ]Periph Edema  Blood Sugar **396** | FIELD TRAUMA SCORE [ ]Adult [ ]Peds |

| TIME | NEURO | B/P | PULSE | S | R | RESPS | C | R | TIME | ECG RHYTHM / DEFIB | TIME | DRUG / SOLUTION | DOSE | ROUTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1626 | A V P U | 186/68 | 108 | S | R | 20 | N | R | | | | | | |
| 1630 | A V P U | 146/97 | 96 | S | R | 18 | N | R | | | | | | |
| 1640 | A V P U | 137/94 | 94 | S | R | 18 | N | R | | | | | | |
| | A V P U | | | | | | | | | | | | | |
| | A V P U | | | | | | | | | | | | | |

| TIME | EYES (4 Spont / 3 Verbal / 2 Pain / 1 None) GCS | VERBAL (5 Orient / 4 Confus / 3 Inappr / 2 Incompr / 1 None) | MOTOR (6 Obeys / 5 Localize / 4 Withdraw / 3 Flexion / 2 Extens / 1 None) | SKIN COLOR (Normal / Cyanotic / Pale/Ashen / Flushed / Jaundiced / Ashen) | TEMP. (Normal / Hot / Warm / Cool / Cold) | MOISTURE (Normal / Moist / Diaphoretic / Dehydrated) | L R PUPILS (PERL / Constricted / Dilated / Sluggish / Fixed / Cataract) | L R LUNGS (Clear / Absent / Diminished / Crackles / Rhonchi / Wheezes) | J.V.D. [ ]Periph Edema  Blood Sugar | FIELD TRAUMA SCORE [ ]Adult [ ]Peds |

COMMENTS / FINDINGS: Crew called for a Pt c upset affect and swinging cane. UOA crew found Pt on golf cart restrained by hands. Pt refused all questions asked — Pt stated "was treated unfair by Sox's Park" @ previous game (refused admission). Pt t/f to cot c 4 assist. Pt seatbelted. Pt taken to First Aid. Pt stated the year was 1347 and the month was July. Pt was taken to Mercy Hosp. Pt given BLS care as above. Pt handed over by First Aid. Pt denies H/A, N/V or C/P. Pt is approx 70 yo A&O x1. Pt undid seat belts. Pt care t/f to RN staff at Hosp. Pt at Park was causing violence. Park @ request of staff. No incident enroute. All times approx. EOR

| PROCEDURES | A | B | C | D | E |
|---|---|---|---|---|---|
| Airway - Manual | [ ] | [ ] | [ ] | [ ] | [ ] |
| Airway - OP/NP | [ ] | [ ] | [ ] | [ ] | [ ] |
| Airway - OT/NT | [ ] | [ ] | [ ] | [ ] | [ ] |
| Airway Unable | [ ] | [ ] | [ ] | [ ] | [ ] |
| Assessment | [✗] | [ ] | [ ] | [ ] | [ ] |
| Communication | [ ] | [ ] | [ ] | [ ] | [ ] |
| Cricothyroidotomy | [ ] | [ ] | [ ] | [ ] | [ ] |
| Defib/Cardioversion | [ ] | [ ] | [ ] | [ ] | [ ] |
| ECG Interpretation | [ ] | [ ] | [ ] | [ ] | [ ] |
| IV/IO Start | [ ] | [ ] | [ ] | [ ] | [ ] |
| IV/IO Unable | [ ] | [ ] | [ ] | [ ] | [ ] |
| Medications Admin | [ ] | [ ] | [ ] | [ ] | [ ] |
| OB Delivery | [ ] | [ ] | [ ] | [ ] | [ ] |
| Pacemaker | [ ] | [ ] | [ ] | [ ] | [ ] |
| Pleural Decomp | [ ] | [ ] | [ ] | [ ] | [ ] |
| Restraints | [ ] | [ ] | [ ] | [ ] | [ ] |
| Spine Immob | [ ] | [ ] | [ ] | [ ] | [ ] |
| Splint Limb | [✗] | [ ] | [ ] | [ ] | [ ] |
| Other | [ ] | [ ] | [ ] | [ ] | [ ] |
| Other | [ ] | [ ] | [ ] | [ ] | [ ] |

[ ] Continuation sheet

PROVIDER AGENCY