704 - External

Superioor Air Ground Ambulance Service

I received your "Billl" which I will NEVER pay because it is part of a series of criminal acts enhanced by your EMT - driver. These criminal acts were 1. suppresion of my civil rights, 2. Kidnapping, 3. attempted murder. I won't count perjury even though they certainly lied because they weren't under oath -- unless there is some general oath against lying on the job.

Last year I had a limited season ticket to the White Sox. This is one of the few things I can do. I am very crippled (severe polio folloed by post polio syndrome) ( if you never heard of that read Julie Silver "Post Polio Syndrome" - A Yale Univ. Press book. She, by the way is no amateur. She is on the faculty of the Harvard Medical school. Anway, I am paralyzed in the abdomen, lower back and most of the right leg. My car has handicapped plates I walk and stand with great difficulty with a cane. After the game I wait quite a while because I have learned that two jams of people remain long after the game and if I go too early  have to stand and wait. These jams are the toilets and the elevators used by the handicapped. They stay jammed long after the game ends - as is well known by every handicappeo person

So the left field security people (which I understand to be off duty Chicago police officers) ordered me to leave. I explained my problems, but they were unremitting. Because I refused to leave and thus stand and wait they carried me out - So much for my civil rights. This reminded me of a blind person I know who got tossed from a San Francisco hotel because He had a dog ( particularly a guide dog). Following the rules given him by the guide dog people, he went tothe police and in seconds  the hotel manager was in handcuffs.

So with respect to your bill, you can produce no evidence that I authorized it and no evidence that I was unconscious. Your criminal emt-driver asked, in cover up, a series of stupid questions such as what is the date? All of which I refused to answer. I have definitely got slower in my old age, but my IQ. is still significantly larger (and was then) than the sum of the IQs of all the off duty cops, your emt and all other medical technicians I met.

Attempted murder occurred, because your emt (ordered by the cops) dumped me at Mercy Hospital with the need to walk back to the stadium. My life was saved by a security guard who gave me a ride - which relieves no one of blame. I hope you recall the black kid who was dumped by the cops in the 11th ward and consequently had the crap kicked out of him, From this was a charge of attempted murder.

It is clear that if you further attempt to collect this bill from me, I will include everyone in your company from secretary to CEO as a part of my criminal complaint. I have been so far lax since the event. There are two reasons - post polio syndrome which makes me immensely tired, and I am bothered by sending guys to jail for ten or twenty years that, despite their stupioity and ignorance of the law, might ordinarily be good citizens.

I should point out, since I got sick of writing by hand, that I bought a computer to assist me.

Sincerely yours,

Robert DeMar
Robert DeMar

773-288-0389

EXHIBIT
B

Dockets.Justia.com

Note: It would be reasonable to collect this bill from the criminals who used your vehicle for criminal activity. Those would be the left field security group, your emt and the driver and some white sox medical people.