06/29/05 WED 15:46 FAX 3126745104   CWS PURCHASING

Sept 4, 2003

Chicago White Sox (Attn: Tom Collins)

I recently had a nasty event at Cellular Field, for which I firmly believe the White Sox owe me a check — I did make several phone calls concerning this event — but I want to make sure you understand what happened.

Lets get the facts straight!

1. These events took place on Aug 9 and 10 at Princeton and 37th Street

2. I have a limited season tickets and prepaid parking and I have handicapped license plates on my car



EXHIBIT C

-2-

3. THE POLICE (ALONG WITH WHITE SOX EMPLOYEES ON BOTH DAYS) REFUSED MY ENTRY INTO THE PARK. IN EFFECT THE POLICE WERE PUNISHING THE VICTIM (ME) AND IGNORING THE CULPRIT - THE WHITE SOX.

4. THE TOTAL COST - (MY END) - MORE TO FOLLOW WAS $13×2=$26 FOR PARKING AND $29×2=$58 TICKETS - TOTAL (SEE ALSO MORE) IS $84.00 - I ALSO QUESTION IF I DON'T DESERVE SOMETHING FOR MY INCONVENIENCE -

5. I KNOW YOU SAY YOU DON'T REFUND BUT YOU FAILED TO PROVIDE THESE PREPAID SERVICES

3-

Let me say in further explanation - I (actually we) arrived at game time and the police wouldn't let us near the park. Sunday I came 40 minutes before the game and was still refused.

I believe this means that the White Sox and the police were in criminal conspiracy to steal from me (and many others).

— The more part — In July I took a trip to LA and ran into some people from Guam or nearby. They (Liza McAuliffe and her mother (+ a friend who went to the game on Aug 9)) had tickets to the game (Aug 9)

— 4 —

They, being Polynesians, had never been to a baseball game (an event they viewed as a lesson on America) — I offered to go with them because I had access to handicapped parking — They even asked me what one eat — and I said hot dogs — Anyway I believe you owe Liza McCauliff about $100.00 (three tickets + prepaid parking)

I will further pursue this — unless you relent — There is the police (9th district) and they owe me if you refuse — Furthermore, if both of you refuse — the City owes — After all they own the police.

-5-

At the game the police behavior should have been to punish the perpetator — say Eddie Einhorn — or force a White Sox employee to pay cash to all refused drivers (I'll bet a thousand) in my category

Note: I don't know why you do this to me I like baseball and go way back — I bought my first TV set in 1959 so I could watch the World Series.

Sincerely
Robert Demar
*Robert De Mar*

773-288-0389     5234 S. Woodlawn
                 Chicago, Ill 60615