06/29/05 WED 15:45 FAX 3126745104   CWS PURCHASING
26847.00D658
☒002

June 30, 2003

Chicago White Sox
333 W 35th St
Chicago, Illinois 60616

NO COST needed

I have a limited season ticket and have recently (Cubs games) developed a severe hostility - that is you used all the handicapped parking spaces for some OTHER group such as the press or the rich. - I hope it was the rich because I am more comfortable hating them.

Your attitude is that handicapped parking is a privilege that can be removed whenever convenient. Try removing women's rights or minority rights in the same fashion



EXHIBIT D

—2—

HANDICAPPED ACCESS IS A LEGAL REQUIREMENT WHICH THE LAW REQUIRES. MY INTENTION IS TO GET YOU TO OBEY THE LAW. I AM GOING TO CHECK AT ALL STAR TIME AND WILL HAVE A SEASON TICKET FOR THE NEXT SEVERAL YEARS. I AM STILL THINKING BUT WILL DO SOMETHING, FOR EXAMPLE YOU THINK PEOPLE SHOULD NOT RUN ON THE FIELD. WHAT IF I GO OUT THERE WITH A SIGN THAT SAYS "THERE ARE CRIMINALS IN THE MANAGEMENT — WHY AM I ACCUSED AND NOT THEM?" TO ME THAT IS FREE SPEECH. I WILL CONTACT BOTH NEWSPAPERS IN CHICAGO + SOME TV AND RADIO STATIONS, I WILL CALL

-3-

THE FEDS — HANDICAPPED ENFORCEMENT SECTION. I'LL BET I CAN EMBARRASS YOU BUT IF I CAN'T USE HANDICAPPED PARKING DURING THE ALL STAR GAME I WILL ATTEMPT TO GET ALL OF YOU ARRESTED. I THOUGHT OF GETTING THE CHICAGO POLICE DEPARTMENT TO TOW ALL CARS WITHOUT HANDICAPPED IDENTIFICATION FROM SUCH PARKING. THAT PROBABLY WON'T WORK BECAUSE IT IS PRIVATE PROPERTY.

HOWEVER, I SPOKE TO MANY HANDICAPPED PEOPLE AND PROVIDERS WHO GOT VERY ANGRY AT YOU WHEN I EXPLAINED WHY THEY HAD TO PARK WHERE THEY PARKED — YOU LIED TO ALL OF US ABOUT

-4-

Who was parked in handicapped parking.

You may think I hate you – in fact I think the White Sox is the best sports organization in town to the handicapped – being the best – does not make you innocent.

I have noticed your criminal act in other organizations – I went after the Univ of Ill at Chicago (I called the Feds), before I got the Chancellor imprisoned they gave me parking access that shut me up

-5-

THE HYDE PARK COOP REMODELED

~~THERE~~ THEIR PARKING LOT AND REMOVED ALL HANDICAPPED PARKING — THEY SHOULD HAVE PUT MORE IN AND DID NOT —

I AM ASHAMED OF MYSELF FOR NOT ATTACKING ~~<s>~~ THEM —

I WOULD SURELY HAVE WON.

ALL I ASK IS YOU SIN NO MORE — TO WIT — NO MORE CRIMES AGAINST THE HANDICAPPED

SINCERELY
Robert DeMar          773-288
                      0389

ROBERT DEMAR
5234 S. WOODLAWN
CHICAGO, ILL 60615