26847.00D6S8/klm/Document #: 713837　　　　　　　　　　　　　　　　　Firm Id. 412

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT DEMAR, | ) |
| Plaintiff, | ) |
| v. | ) 05 C 5093 |
| THE CHICAGO WHITE SOX, LTD., CHISOX CORPORATION, a corporation, AT YOUR SERVICE, INC., a corporation, AT YOUR SERVICE, L.L.C., SDI SECURITY, INC., a corporation, SUPERIOR AIR-GROUND AMBULANCE SERVICE, INC., a corporation, and OTHER UNKNOWN DEFENDANTS. | ) Judge Der-Yeghiayan<br>) Magistrate Judge Levin |
| Defendants. | ) |

## NOTICE OF MOTION

To:　　See Attached Service List

　　You are hereby notified that we will appear in the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, before the following judge or other judge sitting in his stead at the place and time specified and ask for a hearing on the attached motion, a copy of which is attached.

| Judge | Room | Date | Time |
|---|---|---|---|
| **Hon. Samuel Der-Yeghiayan** | 1903 | 6/7/06 | 9:00 a.m. |

　　　　　　　　　　　　　　　　　　　　　*s/Brigitte C. Weyls*
　　　　　　　　　　　　　　　　　　　　　BRIGITTE C. WEYLS (6278696)
　　　　　　　　　　　　　　　　　　　　　*WILLIAMS MONTGOMERY & JOHN LTD.*
　　　　　　　　　　　　　　　　　　　　　20 N. Wacker Dr., Suite 2100
　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　　(312) 443-3200

## CERTIFICATE OF SERVICE

I hereby certify that on June 1st, 2006, I electronically filed Notice of Motion and Defendant's Motion to Strike Plaintiff's Disclosure of Expert witnesses with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following by email transmission to: all parties on the attached service list.

*s/Brigitte C. Weyls*
BRIGITTE C. WEYLS (6278696)
WILLIAMS MONTGOMERY & JOHN LTD.
20 North Wacker Dr., Suite 2100
Chicago, IL 60606-3094
P: (312) 443-3200
F: (312) 630-8500

26847.00D6S8
DeMar v. The Chicago White Sox, et al.
Court No. 05 C 5093 – Judge Der-Yeghiayan

## SERVICE LIST

ATTORNEYS FOR PLAINTIFF

Matthew T. Martell
Law Office of Matthew T. Martell
7557 West 63rd Street
Summit, IL 60501
(708)924-9000
Fax: (708) 924-9004

ATTORNEYS FOR CHICAGO WHITE SOX

Robert T. Shannon
James C. Vlahakis
Chad Kason
Hinshaw & Culbertson
222 North LaSalle Street
Chicago, IL 60601
312-704-3000
Fax: 312-704-3001