Order Form (01/2005)   Case 1:05-cv-05093    Document 41    Filed 03/21/2006    Page 1 of 1

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 5093 | **DATE** | 3/21/2006 |
| **CASE TITLE** | Demar vs. Chicago White Sox, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 06/20/06 at 9:00 a.m. Plaintiff's oral motion to dismiss defendant At You Service, Inc. is granted. Defendant At Your Service, Inc. is hereby dismissed as a named defendant without prejudice. Counsel for defendant At You Service, Inc is hereby withdrawn. Plaintiff's oral motion for leave to file an amended complaint to name individual defendants is granted. Plaintiff's expert disclosure and reports shall be served by 05/24/06. Defendants' expert disclosures and reports are to be served by 06/07/06. All discovery shall be noticed in time to be completed by 06/21/06. Dispositive motions are to be filed by 07/21/06. Responses to the dispositive motions, if any, are to be filed by 08/04/06. Replies, to the dispositive motions, if any, are to be filed by 08/01/06.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|

05C5093 Demar vs. Chicago White Sox, et al.                                                            Page 1 of 1

Dockets.Justia.com