# Williams Montgomery & John Ltd.
*A Firm of Trial Lawyers*

Brigitte C. Weyls
(312) 855-4860
Fax: (312) 630-8520
bcw@willmont.com

May 31, 2006



**VIA FACSIMILE: 708.924.9004**
Matthew T. Martell
Law Office of Matthew T. Martell
7557 West 63rd Street
Summit, IL 60501

Re:   *Demar v. Superior Air-Ground, et. al.*
      Our File No.: 26847.00D6S8
      Date of Loss: 9/7/2003

Dear Counsel:

On May 30, 2006 and May 31, 2006, I called your office regarding the above matter. I have been unable to contact you. Specifically, I would like to address the fact that your recent Disclosure of Expert Witnesses does not comply with Rule 26(a)(2). Please allow this correspondence to serve as a request pursuant to Rule 37 for compliance with Rule 26(a)(2) as well as the possibility of discussing this issue absent court intervention. If I do not hear from you by 5:00 p.m., I will be filing a Motion to Strike your Disclosure. Thank you for your attention to this matter.

Very truly yours,

WILLIAMS MONTGOMERY & JOHN LTD.

By: Brigitte C. Weyls

Document #: 714009
cc: All Counsel of Record