# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 5093 | **DATE** | 6/7/2006 |
| **CASE TITLE** | Demar vs. Chicago White Sox | | |

**DOCKET ENTRY TEXT**

Defendant Superior Air-Ground Ambulance Service, Inc.'s motion to strike plaintiff's disclosure of expert witnesses [47] is entered and continued. Plaintiff's response shall be filed by 06/14/06. Defendants' expert disclosure and reports shall be served by 06/20/06. Status hearing set for 06/22/06 is stricken.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|

05C5093 Demar vs. Chicago White Sox   Page 1 of 1

Dockets.Justia.com