# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 2.5
### Eastern Division

Robert Demar

                              Plaintiff,

v.                                         Case No.: 1:05−cv−05093
                                                Honorable Samuel Der−Yeghiayan

Chicago White Sox, Ltd., The, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 9, 2006:

      MINUTE entry before Judge Samuel Der−Yeghiayan : Status hearing set for 9/12/2006 at 9:00 a.m. In the event the parties believe a settlment conference with the Court would be useful, the parties are to follow Judge Der−Yeghiayan's settlement conference procedures as outlined on his homepage. Mailed notice(mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.