# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
### Eastern Division

Robert Demar

                             Plaintiff,

v.                                            Case No.: 1:05−cv−05093
                                            Honorable Samuel Der−Yeghiayan

Chicago White Sox, Ltd., The, et al.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 11, 2006:

      MINUTE entry before Judge Samuel Der−Yeghiayan :Counsel for plaintiff advised this Court's Courtroom Deputy that the parties are close to settlement in this instant action. Plaintiff's request to continue status hearing is granted. Status hearing reset to 9/28/2006 at 9:00 a.m. Status hearing set for 09/12/06 is stricken.Mailed notice(mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.