# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 5093 | **DATE** | 9/28/2006 |
| **CASE TITLE** | Demar vs. Chicago White Sox | | |

**DOCKET ENTRY TEXT**

Status hearing held. Counsel appeared and reported to the Court that the parties have reached a settlement and that counsel all know the terms of the settlement. Plaintiff's oral motion to dismiss pursuant to settlement is granted. The Court to retain jurisdiction to enforce the terms of the settlement. All pending dates and motions are hereby stricken as moot.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|

05C5093 Demar vs. Chicago White Sox                                                                                      Page 1 of 1

Dockets.Justia.com